3 So.2d 924

**Fletcher, alias Lee, KYZER v. STATE.**

6 Div. 767.

Court of Appeals of Alabama.
May 13, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

4 So.2d 923

**Raymond LANDERS v. STATE.**

8 Div. 203.

Court of Appeals of Alabama.
Nov. 4, 1941.

W. L. Chenault, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge
Affirmed.

4 So.2d 923

**Leck LANDRUM and Howard Miller v. STATE.**

6 Div. 813.

Court of Appeals of Alabama.
Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

3 So.2d 924

**Alice LATHAM v. STATE.**

6 Div. 753.

Court of Appeals of Alabama.
May 13, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

1 So.2d 45

**Clark LATHAM v. STATE.**

8 Div. 994.

Court of Appeals of Alabama.
Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge
Appeal dismissed.